**Opinion issued June 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00420-CR

———————————

**MOHAMAD GATH ALASKARI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No 5.**
**Harris County, Texas**
**Trial Court Case No. 1960632**

---

## MEMORANDUM OPINION

On June 12, 2015, appellant, Mohamad Gath Alaskari, filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P.

42.2(a), (b). Accordingly, we grant the motion and dismiss the appeal. We dismiss

any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).